**DISMISS and Opinion Filed November 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00933-CV

## TEXAS ALCOHOL AND BEVERAGE COMMISSION AND
## A. BENTLEY NETTLES, IN HIS OFFICIAL CAPACITY, Appellants
## V.
## THE TIN CUP TAVERN, LLC, Appellee

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 89239

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Osborne

Before the Court is appellant's agreed motion to dismiss the appeal based on

settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200933F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TEXAS ALCOHOL AND
BEVERAGE COMMISSION AND
A. BENTLEY NETTLES, IN HIS
OFFICIAL CAPACITY, Appellants

No. 05-20-00933-CV          V.

THE TIN CUP TAVERN, LLC,
Appellee

On Appeal from the 354th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 89239.
Opinion delivered by Justice
Osborne, Justices Schenck and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** each party bear its own costs of this appeal.

Judgment entered November 18, 2020